# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE GILHAM<br><br>        Plaintiff(s),<br><br>  v.<br><br>VEOLIA ES TECHNICAL SOLUTIONS LLC, et al.<br><br><br>        Defendant(s). | CASE NO:<br>2:13−cv−09433−MMM−AGR<br><br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above−entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

*[signature: Margaret M. Morrow]*

Dated: October 29, 2014

_____
Margaret M. Morrow
United States District Judge